IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIPPING COMPANY IDEL OOO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | No. 1:24-cv-3130 (PLF) |

## JOINT MOTION FOR A TEMPORARY STAY

Plaintiff Shipping Company Idel OOO and Defendants, Antony J. Blinken, in his official capacity as Secretary of the United States Department of State; the United States Department of State; Lisa M. Palluconi, in her official capacity as Acting Director of the Office of Foreign Assets Control; and the Office of Foreign Assets Control, by and through undersigned, have conferred and propose a temporary stay of all litigation deadlines pending a final decision on Plaintiff's delisting petition by the Department of State. Plaintiff filed its Complaint on November 4, 2024, arguing that Defendants unreasonable delayed issuing a decision on Plaintiff's delisting in violation of the Administrative Procedure Act. ECF No. 1 ¶¶ 36–41. Defendants' response to Plaintiff's Complaint is currently due January 13, 2025. ECF No. 6.

In the interest of conserving the resources of the parties and the Court, the parties respectfully ask the Court to temporarily stay all litigation deadlines. The parties have agreed, subject to this Court's approval, to the following schedule:

- The Department of State will provide Plaintiff with its second Request for Further Information (RFI) no later than December 30, 2024.

1

- Within 90 days of receiving an RFI response from Plaintiff, the Department of State shall either provide an additional RFI or issue a decision on Plaintiff's delisting petition.

- The parties will file a joint status report within 14 days of the Department of State's final decision on the petition, informing the Court about whether this litigation will proceed and, if so, recommending a proposed schedule. If necessary, the schedule will include suggested deadlines for an amended complaint, the certified list of the contents of the administrative record, and motions for summary judgment.

A proposed order accompanies this motion.

Date:  December 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSEPH E. BORSON
Assistant Director

*/s/ Bonnie E. Devany*
BONNIE E. DEVANY
Trial Attorney (Tex. Bar No. 24131173)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 616-8101
Email: bonnie.e.devany@usdoj.gov

*Counsel for Defendants*

*//s// Jason D. Wright*
Jason D. Wright (DC Bar No. 1029983)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Telephone:  212-696-8833
Email: jwright@curtis.com

*Attorney for Plaintiff*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIPPING COMPANY IDEL OOO,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | No. 1:24-cv-3130 (PLF) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Temporary Stay, it is hereby **ORDERED** that the Motion is **GRANTED**. The Department of State shall provide Plaintiff with its Request for Information no later than December 30, 2024. Within 90 days of receiving an RFI response from Plaintiff, the Department of State shall either provide an additional RFI or issue a decision on Plaintiff's delisting petition. The parties shall file a joint status report within 14 days of the Department of State's final decision on the petition.

**SO ORDERED.**

3