IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIPPING COMPANY IDEL OOO, *Plaintiff*, v. MARCO RUBIO, in his official capacity as Secretary of State, *et al.*, *Defendants*. | No. 1:24-cv-3130 (PLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the undersigned attorney, Sarah M. Suwanda of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendants in place of Bonnie E. Devany. Undersigned hereby certifies pursuant to Local Rule 83.2(f) that she is personally familiar with the Local Rules of this Court.

Date: April 14, 2025

Respectfully submitted,

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-3196
Email: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

1