# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIPPING COMPANY IDEL OOO,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants*. | No. 1:24-cv-3130 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's February 3, 2026 Minute Order, Plaintiff, Shipping Company Idel OOO ("Plaintiff"), and Defendants, Marco Rubio, in his official capacity as Secretary of the United States Department of State; the United States Department of State (the "Department of State"); Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control; and the Office of Foreign Assets Control (collectively, "Defendants")[1] submit this joint status report to update the Court on the current status of the underlying administrative proceedings.

1. On January 30, 2026, the parties submitted a joint status report indicating that following the 43-day lapse in government appropriations, Defendants continued to evaluate the materials submitted by Plaintiff in response to the Department of State's third RFI.

2. Defendants continue to require additional time to review those materials.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Marco Rubio, in his official capacity as Secretary of the U.S. Department of State, is automatically substituted as a defendant for former Secretary of State Antony J. Blinken. Similarly, Bradley T. Smith, in his official capacity as Director of the Office of Foreign Assets Control, is automatically substituted as a defendant for former Acting Director Lisa M. Palluconi.

3. As a result, the parties respectfully request that they be permitted to file a joint status report in 60 days, *i.e.*, by May 1, 2026.

Dated: March 2, 2026                                   Respectfully submitted,

/s/ *Kevin A. Meehan*                                  /s/ *Sarah M. Suwanda*
Kevin A. Meehan (D.C. Bar No. 1613059)                 BRETT A. SHUMATE
kmeehan@curtis.com                                     Assistant Attorney General
Marwa Farag (D.C. Bar No. 90006158)                    Civil Division
mfarag@curtis.com
1717 Pennsylvania Avenue, N.W.                         STEPHEN M. ELLIOTT
Washington, D.C. 20006                                 Assistant Branch Director
Tel.: (202) 452-7373
Fax: (202) 452-7333                                    SARAH M. SUWANDA
                                                       Trial Attorney
                                                       United States Department of Justice
*Attorneys for Plaintiff*                              Civil Division, Federal Programs Branch
                                                       1100 L Street, NW
                                                       Washington, D.C. 20005
                                                       Tel: (202) 305-3196
                                                       sarah.m.suwanda@usdoj.gov

                                                       *Counsel for Defendants*